1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA

10  DELICIA MASON,
                                         NO. 2:09-CV-1836 FCD DAD
11          Plaintiff,

12      v.                               <u>ORDER FOR SANCTIONS</u>

13  INDYMAC FEDERAL BANK, et. al.,

14          Defendants.

15
        On January 5, 2010, plaintiff's counsel, Mr. George
16
    Smithwick, was ordered to show cause why he should not be
17
    sanctioned in the amount of $150.00 for failing to file an
18
    opposition brief or notice of non-opposition to defendants'
19
    pending motions to dismiss and strike. The court ordered counsel
20
    to file his response to the Order to Show Cause on or before
21
    February 26, 2010.
22
        Plaintiff's counsel failed to file a response to the Order
23
    to Show Cause. Accordingly, the court makes the following orders:
24
        1.   Mr. Smithwick shall pay sanctions in the amount of
25
             $150.00.  Payment should be in the form of a check made
26
             payable to the Clerk of the Court.  The sum is to be
27
             paid personally by plaintiff's counsel not later than
28
             ten (10) days from the filing of this Order for

1 |        Sanctions.
2 |   2.   This sanction is personal to the attorney, is to be
3 |        borne by him personally, and is not to be transmitted
4 |        to the client by way of a charge of attorney's fees
5 |        and/or costs.
6 |   3.   Not later than twenty (20) days from the filing of this
7 |        Order, plaintiff's counsel shall file a declaration
8 |        attesting to his compliance with the terms of this
9 |        Order.

IT IS SO ORDERED.

DATED: March 2, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE